◾ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH RALSTON, Appellant. [638 NYS2d 383] —Judgment unanimously affirmed. Memorandum: From our review of the record, we conclude that there is no evidence to support defendant's contention that the photographic identification procedures were impermissibly suggestive *(see, People v Byrd,* 183 AD2d 773, *lv denied* 80 NY2d 902). Furthermore, the record at the *Wade* hearing establishes that each of the victims had an independent source for an in-court identification *(see, People v Ballott,* 20 NY2d 600, 606-607). (Appeal from Judgment of Supreme Court, Erie County, Rath, Jr., J.—Scheme to Defraud, 2nd Degree.) Present—Denman, P. J., Pine, Wesley, Callahan and Boehm, JJ.